**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-2391**

_____

JACOB WEARING,

                                    Plaintiff - Appellant,

        versus

BOVIS & LEND LEASE, INCORPORATED,

                                    Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-00-880-5-H-3)

_____

Submitted: May 14, 2002                Decided: June 6, 2002

_____

Before LUTTIG, MOTZ, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Jacob Wearing, Appellant Pro Se. Nigle Bruce Barrow, Jr., Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jacob Wearing appeals the district court's orders denying his motion for a permanent injunction and granting Defendant's motion for summary judgment in this employment action. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Wearing v. Bovis Lend Lease, Inc.</u>, No. CA-00-880-5-H-3 (E.D.N.C. Aug. 23 & Nov. 15, 2001). We deny Wearing's motions for a default judgment, to deny Defendant response, and for relief under Fed. R. Civ. P. 54(c). Finally, we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2